UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMAS, | ) Case No. CV 08-4625-MMM(RC) |
| Petitioner, | ) |
| vs. | ) ORDER ADOPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| FERNANDO GONZALEZ, WARDEN,[1] | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the habeas corpus petition and action as untimely.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Fernando Gonzalez is substituted as respondent.

1    IT IS FURTHER ORDERED that the Clerk shall serve petitioner by
2 United States Mail with copies of this Order, the Judgment and the
3 Magistrate Judge's Report and Recommendation.

5 DATED:    February 12, 2009

                                  _____
                                      MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE

8 R&R\08-4625.ado
  10/21/08