JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMAS, | ) Case No. CV 08-4625-MMM(RC) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| FERNANDO GONZALEZ, WARDEN,[1] | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: February 12, 2009

*Margaret M. Morrow*

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Fernando Gonzalez is substituted as respondent.

R&R\08-4625.jud
10/20/08